Your Name: Adam B. Wolf (Bar No. 215914) Melisa A. Rosadini-Knott (Bar No. 316369)

Address: PEIFFER WOLF CARR KANE CONWAY & WISE, LLP
3435 Wilshire Blvd, Ste 1400, Los Angeles, CA 90010

Phone Number: (415) 766-3545

Email Address: awolf@peifferwolf.com; mrosadini@peifferwolf.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Division [check one]:  ☐ San Francisco  ■ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

| M.N., an individual; and O.P., an individual, | Case No. 4:24-cv-01853-JST |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF** [check one] |
| v. | ■ **THIS ENTIRE CASE** |
| THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-50, inclusive, | ☐ **ONLY DEFENDANT** [name] |
| Defendant. | Judge: Hon. Jon S. Tigar |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

■ This entire case.

☐ Only Defendant [name] _____.

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Date: January 6, 2025    Signature: *Adam Wolf*

Print Name: Adam B. Wolf